UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 10, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> John Cohen, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:06-mj-68 KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release John Cohen Case No. 2:06-mj-68 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

        \_\_   Unsecured Appearance Bond

        \_\_   Appearance Bond with 10% Deposit

        _X_   $240,000 Appearance Bond secured by Real Property

        \_\_   Corporate Surety Bail Bond

        _X_   (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/10/06 at 4:15 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge